**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CHAMBERS OF
**MICHAEL A. SHIPP**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST. ROOM 2042
NEWARK, NJ 07102
973-645-3827

**Not for Publication**

LETTER OPINION AND ORDER

August 3, 2009

**VIA CM/ECF**
All counsel of record

Re: Meelee Kimber-Anderson, et al. v. The City of Newark, et al.
     Civil Action No. 08-6309(DRD)(MAS)

Dear Counsel:

This matter comes before the Court on Gregg L. Zeff's Motion to Withdraw as Counsel for Plaintiffs. The Court did not receive opposition papers. Under Local Civil Rule 102.1, "counsel may withdraw from representation freely so long as other counsel is substituted." (See LITE, N.J. FEDERAL PRACTICE RULE 102.1, cmt. 2 (GANN)).

Here, Plaintiffs were originally represented by the law firm of Frost & Zeff. In March 2009, the law firm of Frost & Zeff dissolved. Plaintiffs are currently represented by the law firm of Mark B. Frost and Associates. (See DE # 20).

Therefore, having found that the law firm of Mark B. Frost and Associates has substituted for Gregg L. Zeff of Frost & Zeff, Plaintiffs will suffer no prejudice from allowing Gregg L. Zeff to withdraw as counsel.

Accordingly, it is **ORDERED THAT**:

1. Gregg L. Zeff is hereby relieved as counsel for plaintiff.

                                              s/  Michael A. Shipp
                                        **HONORABLE MICHAEL A. SHIPP**
                                        **United States Magistrate Judge**